CLIFFORD W. SMITH, complainant-respondent,

*v.*

BEDELL BROTHERS, a corporation, defendant-appellant.

[Argued March 10th, 1915.   Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 268.*

*Mr. Jacob L. Newman,* for the respondent.

*Messrs. Coult & Smith,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.